IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND </br></br> Plaintiff, </br></br> v. </br></br> DEWAYNE CUSTOM PAINTING, INC. </br> a/k/a Custom Painting </br></br> and </br></br> DEWAYNE BRAITHWAITE, individually and </br> d/b/a Dewayne Custom Painting, Inc. </br> a/k/a Custom Painting </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) CIVIL ACTION NO. 07-1906(JR) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## NOTICE OF FILING OF RETURN OF SERVICE

**TO THE CLERK:**

Please enter the Return of Service attached to this notice.

    Name of Party Served:    Dewayne Braithwaite, R. A. for Dewayne Custom Painting, Inc, a/k/a Custom Painting
    Date of Service:    January 26, 2008
    Location of Service:    6770 Glen Albin Road
                                      La Plata, MD 20646

                                Respectfully submitted,

                                JENNINGS SIGMOND

                                BY: /s Kent G. Cprek
                                    KENT G. CPREK
                                    D.C. Bar No. 478231
                                    The Penn Mutual Towers, 16th Floor
                                    510 Walnut Street, Independence Square
                                    Philadelphia, PA 19106-3683

Dated: February 12, 2008              Counsel for Plaintiff

193365-1

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND and
GARY J. MEYERS

**SUMMONS IN A CIVIL CASE**

V.

DEWAYNE CUSTOM PAINTING, INC.
a/k/a Custom Painting
and
DEWAYNE BRAITHWAITE, individually and
d/b/a Dewayne Custom Painting, Inc.
a/k/a Custom Painting

CASE N

Case: 1:07-cv-01906
Assigned To : Robertson, James
Assign. Date : 10/22/2007
Description: Labor-ERISA

TO: (Name and address of Defendant)

DEWAYNE CUSTOM PAINTING, INC.
a/k/a Custom Painting
6770 Glen Albin Road
LaPlata, MD  20646

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KENT CPREK
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA  19106

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                                    OCT 22 2007
CLERK                                                       DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br>    Plaintiff<br><br>vs.<br><br>DEWAYNE CUSTOM PAINTING, INC. a/k/a Custom Painting<br>    Defendant | *<br>*<br>*<br>*  Case Number: 1:07-cv-01906<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF SERVICE

The undersigned hereby certifies as follows:

1. That I am a competent private person over eighteen (18) years of age and not a party to the above action.

2. That I served upon **DeWayne Braithwaite, R. A. for DeWayne Custom Painting, Inc, aka Custom Painting** (Description: Sex: **M**, Race: **White**, Height: **5'9"**, Weight: **180**lbs., Approximate Age: **50**) on **1/26/2008**, at **03:52 PM**, at 6770 Glen Albin Road, La Plata, MD 20646, by leaving with the person a copy of the following:

Summons in a Civil Case, Complaint and Exhibits

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

*Robert Magruder* (signature)
Robert Magruder
**Legal Errands, Inc.**
P. O. Box 24866
Philadelphia, PA 19130
86-687-73783

Subscribed and sworn to before me, a Notary Public for the State of Maryland, this 29th day of January, 2008.

*Betty A. Brown* (signature)
Betty A. Brown
My Commission Expires: 12/19/2011