## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) |
| Plaintiff, | ) CIVIL ACTION NO. 1:07-cv-01906 (JR) |
| v. | ) ) |
| DEWAYNE CUSTOM PAINTING, INC. a/k/a Custom Painting, et al. | ) ) ) |
| Defendants. | ) |

### REQUEST TO CLERK TO ENTER
### DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)

You will please enter a default on Defendants, Dewayne Custom Painting, Inc., 6770 Glen Albin Rd., La Plata, MD 20646 ("Dewayne") and Dewayne Braithwaite, 6770 Glen Albin Rd., La Plata, MD 20646 ("Braithwaite" and together with Dewayne, "Defendants") for failure to plead or otherwise defend as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Declaration of Kent Cprek.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY:/s/    Kent Cprek
KENT CPREK
Bar No. 478231
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0615
Date: February 18, 2008          Attorney for Plaintiff

190236-1

OF COUNSEL:
JENNIFER L. HOPE
Jennings Sigmond, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
(215) 351-0617

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED )
TRADES INDUSTRY PENSION FUND )
                                )
                 Plaintiff,      ) CIVIL ACTION NO. 1:01-cv-01906 (JR)
     v.                               )
                                 )
DEWAYNE CUSTOM PAINTING, INC. )
a/k/a Custom Painting, et al. )
                                 )
        and                       )
                                 )
                Defendants.    )

## DECLARATION OF KENT CPREK, ESQUIRE
## FOR ENTRY OF DEFAULT

KENT CPREK, Esquire, declares and states as follows:

1.      I am the attorney for the Plaintiff in the above-entitled action.

2.      The Complaint and Summons in this action were served on Defendants, Dewayne

Custom Painting, Inc., 6770 Glen Albin Rd., La Plata, MD 20646 ("Dewayne") and Dewayne

Braithwaite, 6770 Glen Albin Rd., La Plata, MD 20646 ("Braithwaite" and together with

Dewayne, "Defendants") on January 26, 2008, by Robert Magruder, Process Server, who served

Dewayne Braithwaite, Managing Agent at 6770 Glen Albin Rd., La Plata, MD 20646.  The

Return of Service has been duly docketed with the Court.

3.      The time in which Defendants may answer or otherwise move as to the Complaint

has expired.

4.      Defendants have not answered or otherwise moved and the time for Defendants to

answer or otherwise move has not been extended by Order of the Court.

5.      Neither of the Defendants is an infant or an incompetent person and, as a

190236-1

company, Dewayne is not in the military service. Braitwaite is also not in the military service.

      I declare under penalty of perjury in accordance with 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

      s/  Kent Cprek
      KENT CPREK, ESQUIRE

Date: February 18, 2008

190236-1

## CERTIFICATE OF SERVICE

I, KENT CPREK, ESQUIRE, state, under penalty of perjury, that the foregoing Request

to Clerk to Enter Default Pursuant to Fed. R. Civ. P. 55(a) was served by mailing same first class

mail, postage prepaid, on the date listed below to:

DEWAYNE CUSTOM PAINTING, INC.
6770 Glen Albin Rd.
La Plata, MD 20646

and

DEWAYNE BRAITHWAITE, individually
6770 Glen Albin Rd.
La Plata, MD 20646

/s/    Kent Cprek
KENT CPREK, ESQUIRE

Date: February 18, 2008

190236-1